UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff　　　　　　)<br>　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>Evaristo Beltran-Zamudio, )<br>　　　　　　　　et al　　　)<br>　　　　Defendant(s)　　　　)<br>　　　　　　　　　　　　　　) | CRIMINAL NO. 07CR3038-JLS<br>ORDER 07mj8871<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / ~~Order of Court~~).

Arnulfo Cabrera-Rincon
01687-298
ICJ# 879430

DATED: 11/8/07

RECEIVED _____
　　　　　　　DUSM

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
　　　　by _____
　　　　　　Deputy Clerk